PATTERSON *v.* WARDEN, MARYLAND
PENITENTIARY.

No. 14, Misc.   Decided April 22, 1963.

Petitioner *pro se.*

*Thomas B. Finan,* Attorney General of Maryland, and
*Gerard W. Wittstadt,* Assistant Attorney General, for
respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis*
and the petition for writ of certiorari are granted.
The judgment is vacated and the case is remanded for
further consideration in light of *Gideon* v. *Wainwright,*
372 U. S. 335.